PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00055-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DERRICK WALLEN, | |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for status on January 15, 2025.

2. By this stipulation, defendant now moves to vacate the status conference as to him only and set a change of plea hearing on January 13, 2025. Time has already been excluded through and including January 15, 2025, under Local Code T4.

3. The signed plea agreement was filed on November 7, 2024.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

1

Dated:  November 8, 2024          PHILLIP A. TALBERT
                                             United States Attorney

                                             /s/ ANTONIO J. PATACA
                                             ANTONIO J. PATACA
                                             Assistant United States Attorney

Dated:  November 8, 2024          /s/ MICHAEL AED
                                             MICHAEL AED
                                             Counsel for Defendant
                                             DERRICK WALLEN

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **November 12, 2024**                   _/s/ Jennifer L. Thurston_
                                                           UNITED STATES DISTRICT JUDGE