MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00055-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| DERRICK WALLEN, | |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for sentencing on March 31, 2025.

2. By this stipulation, defendant now moves to continue sentencing to April 21, 2025.

IT IS SO STIPULATED.

Dated: February 27, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

1

Dated: February 27, 2025                    /s/ MICHAEL AED
                                            MICHAEL AED
                                            Counsel for Defendant
                                            DERRICK WALLEN

**ORDER**

IT IS SO ORDERED.

Dated:   **February 28, 2025**

UNITED STATES DISTRICT JUDGE

2