Law Office of Michael J. Aed
Michael J. Aed, SBN 204090
2115 Kern Street, Suite 1
Fresno, CA 93721
Telephone: (559) 825-4600
Facsimile: (559) 272-8411

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>Derrick Wallen<br><br>         Defendant. | No.  1:24-CR-00055-JLT-SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL J. AED AS ATTORNEY OF RECORD AND [P̶R̶O̶P̶O̶S̶E̶D̶ ORDER]** |

On March 12, 2024, a criminal complaint was filed against Defendant Derrick Wallen. CJA Panel Attorney Michael J. Aed was appointed as trial counsel to represent Mr. Wallen on March 18, 2024 in his criminal case. A first superseding indictment was issued on March 21, 2024. A plea was entered and Mr. Wallen was sentenced on April 21, 2025. The time for filing a direct appeal was May 5, 2025. No direct appeal was filed. Mr. Wallen was out of custody at the time of sentencing. He was given 36 months supervised release. Having completed representation of Mr. Wallen, CJA attorney Michael J. Aed now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Wallen require further legal assistance he/she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

1  Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-
2  free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.
3  Dated: May 5, 2025                                    Respectfully submitted,

                                                        /s/ Michael J. Aed
                                                        Michael J. Aed
                                                        Defendant, Derrick Wallen

## [~~PROPOSED~~] ORDER

Having reviewed the notice and found that attorney Michael J. Aed has completed the services for which he was appointed, the Court hereby grants attorney Michael J. Aed's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Derrick Wallen at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Address: 187 East Prosperity Avenue Tulare, CA 93274.

**IT IS SO ORDERED**

Dated: May 7, 2025                             /s/ Jennifer L. Thurston
                                               UNITED STATES DISTRICT JUDGE